# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**JAMES FRANKLIN McDANIEL,** :
:
    **Plaintiff,** :    Case No.: 5:05-cv-327 (CAR)
:
**v.** :
:
**WARDEN SCHOFIELD et al.,** :
:
    **Defendants.** :
_____

# ORDER

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 33] that this Court should grant Defendants' Motion for Summary Judgment [Doc. 23]. Plaintiff did not file any Objections to the Recommendation. After reviewing the Recommendation, the parties' briefs, and the record, the Court agrees with the Magistrate Judge's Recommendation and finds that summary judgment in favor of Defendants is appropriate in this case. Accordingly, the Court **ADOPTS** the Recommendation and **MAKES IT THE ORDER OF THE COURT**.

**SO ORDERED,** this 21st day of March, 2007.

                                        s/ C. Ashley Royal
                                        C. ASHLEY ROYAL
                                        UNITED STATES DISTRICT JUDGE

EHE/ssh